AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

**FILED**

September 25, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____cd_____

DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  SA-20-MJ-1169 |
| | ) |
| | ) |
| Julian Rodriguez-Castillo (1) | ) |
| Dora Jean Rodriguez (2) | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 23, 2020  in the county of  Bexar  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21/846, 841(a)(1) & (b)(1)(B) | Attempt to Possess with Intent to Distribute 500 grams or more of Cocaine |
| | PENALTIES: |
| | 5 to 40 Years Imprisonment; $5,000,000 Fine; 4 Years Supervised Release, $100 Mandatory Special Assessment |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

DAVID SHEARER  Digitally signed by DAVID SHEARER
Date: 2020.09.24 16:49:58 -05'00'

*Complainant's signature*

David M. Shearer, Task Force Officer, DEA

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  September 25, 2020

*Judge's signature*

City and state:  San Antonio, Texas

Richard B. Farrer, US Magistrate Judge

*Printed name and title*

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, David Shearer, being duly sworn do hereby depose and state as follows:

I am currently employed as a Task Force Officer (TFO) with the US Drug Enforcement Administration (DEA) and am assigned to the San Antonio District Office.   The following is based on information provided to me by the individuals more fully identified below and from my own personal observations:

Between September 22 and 23, 2020, TFO Alejandro Iruegas, who was acting in an undercover capacity, was in telephonic contact with an individual, later identified as Julian RODRIGUEZ-Castillo, who requested to purchase five kilograms of cocaine.   After negotiations, it was agreed upon that RODRIGUEZ would meet the UC at a Lowe's store located at 7901 Callaghan Rd., San Antonio, Texas, in order to purchase five kilograms of cocaine for $26,000 USC per kilogram.

On September 23, 2020, at approximately 2:00 PM, RODRIGUEZ-Castillo made contact with the UC and indicated that RODRIGUEZ-Castillo had arrived at the Lowe's parking lot in a blue Ford Escape.   During this time, law enforcement authorities observed a blue Ford Escape, bearing a Texas license plate, arrive in the parking lot occupied by two individuals, later identified as Julian RODRIGUEZ-Castro and Dora Jean RODRIGUEZ.   A query of the Texas license plate revealed that the blue Ford Escape was registered to Dora J Rodriguez at an address on Brookshire, in San Antonio.   After the blue Ford Escape parked, neither RODRIGUEZ-Castillo nor Rodriguez exited the vehicle.   After several minutes, the UC made contact with RODRIGUEZ, via cellular telephone, and instructed RODRIGUEZ to drive to a secondary location to complete the

1

transaction.    Subsequently, law enforcement authorities observed the blue Ford Escape depart the parking lot.

Moving surveillance followed the blue Ford Escape westbound on Loop 410 in San Antonio, Texas, until a Bexar County Sheriff's Office (BCSO) marked car initiated a traffic stop based on a traffic violation – failure to maintain a single lane.   The BCSO made contact with Rodriguez (driver) and RODRIGUEZ-Castillo (passenger).    During the contact, Rodriguez provided the BCSO Deputy with consent to search the vehicle.   A trained narcotics detection canine alerted to the driver's area.   During the search of the vehicle, a BCSO Deputy discovered an undetermined amount of bulk US currency in the blue Ford Escape (estimated to be in excess of $100,000.00).    As a result, Rodriguez and RODRIGUEZ-Castillo were detained and transported to the DEA office in San Antonio, Texas, for further investigation.

Once there, DEA Agents took custody of RODRIGUEZ-Castillo, read him his rights in his native language of Spanish.   RODRIGUEZ-Castillo stated that he understood his rights and agreed to answer questions without an attorney present.   RODRIGUEZ-Castillo provided the pin number to unlock his cellular telephone and allowed agents to review his call logs and text messages. Those call logs and text messages revealed calls and texts to/from the UC's undercover telephone.   RODRIGUEZ-Castillo stated that he received a call from someone from the Valley (unidentified) who directed him to meet someone (also unidentified) and pick up money. RODRIGUEZ-Castillo stated that he and Rodriguez met someone (unidentified) off of IH-35 (location unidentified) who provided him with an undetermined amount of money.   When asked for additional details, he wouldn't respond.   When asked if he had done this before, he stated that

2

he had previously been arrested in Austin. At that point, RODRIGUEZ-Castillo stopped answering questions.

Based on all of the above, Affiant believes that there is probable cause to believe that on or about September 23, 2020, in the Western District of Texas, Defendants Julian RODRIGUEZ-Castillo and Dora Jean Rodriguez attempted to possess with intent to distribute a controlled substance, specifically 500 grams or more of cocaine, in violation of Title 21 United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

Affiant further sayeth not.

DAVID SHEARER  Digitally signed by DAVID SHEARER
Date: 2020.09.24 16:50:52 -0500'

TFO David M. Shearer, DEA

Subscribed before me on September 25, 2020.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

3